Adriance, Platt & Company, Appellant, v. Lehigh Valley Railroad Company,

Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.